

# FASTTRAIN

# EMPLOYEE HANDBOOK

Revision 1/1/2010

## Table of Contents

**Policy**

**INTRODUCTION**
- 010  Table of Contents
- 020  Orientation/Policy Checklist
- 030  Employee Welcome Message
- 040  Introduction
- 050  Employee Acknowledgment Policy

**EMPLOYMENT**
- 101  Nature of Employment
- 102  Employee Relations
- 103  Equal Employment Opportunity
- 104  Agreement to Binding Arbitration and Waiver of Jury Trail
- 107  Immigration Law Compliance
- 108  Conflicts of Interest
- 109  Outside Employment
- 110  Non-Disclosure/Confidentiality Policy
- 112  Non-Compete/Confidentiality and Non-Piracy Agreement Policy
- 115  Employee Manual Handbook Revisions

**EMPLOYMENT STATUS & RECORDS**
- 201  Employment Categories
- 202  Access to Personnel Files
- 203  Employment Reference Checks
- 204  Personnel Data Changes
- 205  Introductory Period
- 206  Employment Applications
- 207  Performance Evaluation

**EMPLOYEE BENEFIT PROGRAMS**
- 301  Employee Benefits
- 302  Blocked Out Dates
- 303  Vacation Benefits
- 304  Holidays
- 305  Sick Leave Benefits
- 306  Bereavement Leave
- 307  Worker's Compensation Insurance
- 308  Jury Duty
- 309  Accrual Table

**TIMEKEEPING/PAYROLL**
- 401  Timekeeping
- 403  Paydays
- 404  Exit Interview
- 405  Employment Termination
- 406  Last Pay
- 408  Pay Advances
- 409  Administrative Pay Corrections
- 410  Pay Deductions
- 411  Withheld Pay

**WORK CONDITIONS & HOURS**
- 501  Safety
- 502  Work Schedules
- 503  Facilities Usages
- 504  Phones, Computers, Mail, Internet and E-Mail
- 505  Smoking

FastTrain will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. This policy governs all aspects of employment, including selection, job assignment, compensation, discipline, termination, and access to benefits and training.

Any employees with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their immediate supervisor. Employees can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

### 104 AGREEMENT TO BINDING ARBITRATION & WAIVER OF JURY TRIAL

From time to time a dispute with an existing or former employee can surface. In order to expeditiously resolve any dispute or issues both the employee and employer agree to utilize Binding Arbitration to resolve all disputes. Agreement is located in the Exhibit section of this manual. All employees must agree to Binding Arbitration.

### 107 IMMIGRATION LAW COMPLIANCE

FastTrain is committed to employing only United States citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are rehired must also complete the form if they have not completed an I-9 with FastTrain within the past three years, or if their previous I-9 is no longer retained or valid.

Employees with questions or seeking more information on immigration law issues are encouraged to contact the Human Resources Department. Employees may raise questions or complaints about immigration law compliance without fear of reprisal.

### 108 CONFLICTS OF INTEREST

Employees have an obligation to conduct business within guidelines that prohibit actual or potential conflicts of interest. This policy establishes only the framework within which FastTrain wishes the business to operate. The purpose of these guidelines is to provide general direction so that employees can seek further clarification on issues related to the subject of acceptable standards of operation. Contact the President for more information or questions about conflicts of interest.

Transactions with outside firms must be conducted within a framework established and controlled by the executive level of FastTrain. Business dealings with outside firms should not result in unusual gains for those firms. Unusual gain refers to bribes; product bonuses, special fringe benefits, unusual price breaks, and other windfalls designed to ultimately benefit the employer, the employee, or both. Promotional plans that could be interpreted to involve unusual gain require specific executive-level approval.